# EXHIBIT 3

Int. Cls.: **5 and 32**

Prior U.S. Cls.: **6, 18, 44, 45, 46, 48, 51, and 52**

**United States Patent and Trademark Office**

Reg. No. **3,266,128**
Registered July 17, 2007

## TRADEMARK
### PRINCIPAL REGISTER

## IMMUNE FORMULATION 200

THE PROIMMUNE COMPANY, L.L.C. (DELAWARE LTD LIAB CO)
77 REMSEN STREET
BROOKLYN HEIGHTS, NY 202313401

FOR: VITAMINS; NUTRITIONAL SUPPLEMENTS; AND DIETARY FOOD SUPPLEMENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 7-18-2006; IN COMMERCE 7-18-2006.

FOR: PROTEIN NUTRITIONAL DRINKS NOT FOR USE AS A MEAL REPLACEMENT, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 7-18-2006; IN COMMERCE 7-18-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "IMMUNE FORMULATION", APART FROM THE MARK AS SHOWN.

SN 78-690,644, FILED 8-11-2005.

SUNG IN, EXAMINING ATTORNEY