# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

THE PROIMMUNE COMPANY, LLC,

          Plaintiff,

-v-

LAURA LILE, M.D., and THREE AMINOS, LLC

          Defendant.

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The ProImmune Company, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** August 24, 2022

/s/ Ryan B. Abbott
**Signature of Attorney**

**Attorney Bar Code:** 5053673