AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| THE PROIMMUNE COMPANY, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-7242-RA |
| LAURA LILE, M.D., AND THREE AMINOS, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff The ProImmune Company, LLC.

Date:   08/25/2022

/s/ Kete P. Barnes
*Attorney's signature*

Kete P. Barnes, 5528955
*Printed name and bar number*

Brown Neri Smith & Khan, LLP
11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025

*Address*

kete@bnsklaw.com
*E-mail address*

(310) 593-9890
*Telephone number*

(310) 593-9980
*FAX number*