UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

The ProImmune Company, LLC,

                Plaintiff(s),

-against-

Laura Lile M.D. et al.,

                Defendant(s).
-------------------------------------------------------X

22-cv-07242 (KMK)
and related cases 22-cv-08227
and 22-cv-08229

NOTICE RESCHEDULING
CONFERENCE

The teleconference scheduled for Thursday, January 12, 2023 at 3:00 p.m. has been rescheduled for Tuesday, January 17, 2023 at 12:00 p.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code: 7702195 Please enter the conference as a guest by pressing the pound sign (#). Given that much of the Court is operating remotely and has limited mail capability, counsel involved in any pro se cases shall mail a copy of this Notice to or otherwise inform the pro se party of the above teleconference information. Counsel in any pro se inmate cases shall ensure that the pro se party is on the line before calling the above-referenced number. Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

Dated: January 4, 2023
       White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J