UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PROIMMUNE COMPANY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LAURA LILE, M.D., and THREE AMINOS, LLC,<br><br>    Defendants and Counterclaimants.<br><br>    v.<br><br>ALBERT CRUM, M.D.,<br><br>    Third-Party Defendant. | Case No. 7:22-cv-07242 (KMK) |

## STIPULATION TO SUBSTITUTE COUNSEL

Pursuant to the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Defendants/Counterclaimants hereby agree that Natraj Bhushan, Esq. of Turturro Law, P.C., be substituted as counsel in the place and stead of Frank Spano, Jay Heidrick, and Joshua Rayes of Polsinelli PC (LLP in California) in the above-entitled action. Consent of both withdrawing and substituting attorneys is indicated below along with the signature of the respective clients.

Polsinelli PC hereby consents to the substitution of Turturro Law, P.C. as attorneys of record for Defendants/Counterclaimants Laura Lile, M.D., and Three Aminos, LLC.

90224375.1

Dated: June 27, 2023            **POLSINELLI PC**

                  By:  */s/ Frank T. Spano*
                     Frank T. Spano
                     Attorneys for Defendants LAURA LILE, M.D. and
                     THREE AMINOS, LLC
                     600 Third Avenue, 42nd Floor
                     New York, NY 10016
                     212.413.2848
                     Fax No. (212) 684-0197
                     fspano@polsinelli.com

                     Jay E. Heidrick
                     (*pro hac vice* application forthcoming)
                     POLSINELLI PC
                     900 W. 48th Place, Suite 900
                     Kansas City, MO 64112
                     816.572.4765
                     jheidrick@polsinelli.com

                     Joshua L. Rayes
                     (*pro hac vice* application forthcoming)
                     POLSINELLI LLP
                     Three Embarcadero Center, Suite 2400
                     San Francisco, CA 94111
                     415.248.2141
                     jrayes@polsinelli.com

Turturro Law, P.C. hereby consents to its substitution as attorneys of record for Defendants/Counterclaimants Laura Lile, M.D., and Three Aminos, LLC in the place and stead of Polsinelli PC.

Dated: June 28, 2023            **TURTURRO LAW, P.C.**

                  By:  */s/ Natraj S. Bhushan*

Defendants/Counterclaimants Laura Lile, M.D., and Three Aminos, LLC hereby consent to the substitution of Turturro Law, P.C. as its counsel in place and stead of Polsinelli PC.

Dated:  June 28, 2023          **LAURA LILE, M.D.**


                               By:  */s/ Laura Lile*


Dated:  June 28, 2023          **THREE AMINOS, LLC**


                               By:  */s/ Laura Lile*



**<u>ORDER</u>**

**IT IS SO ORDERED.**


_____
**UNITED STATES DISTRICT JUDGE**
**DATED:** _____

3

90224375.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2023, a true and correct copy of the foregoing *Stipulation to Substitute Counsel* was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of such filing to:

Ryan Abbott
Brown Neri Smith & Khan LLP
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
(310) 593-9890
ryan@bnsklaw.com

*Attorneys for Plaintiffs*

                   */s/ Natraj S. Bhushan*

90224375.1