Case 7:22-cv-07242-KMK   Document 53   Filed 06/28/23   Page 1 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PROIMMUNE COMPANY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LAURA LILE, M.D., and THREE AMINOS, LLC,<br><br>    Defendants and Counterclaimants.<br><br>v.<br><br>ALBERT CRUM, M.D.,<br><br>    Third-Party Defendant. | Case No. 7:22-cv-07242 (KMK) |

## STIPULATION TO SUBSTITUTE COUNSEL

Pursuant to the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Defendants/Counterclaimants hereby agree that Natraj Bhushan, Esq. of Turturro Law, P.C., be substituted as counsel in the place and stead of Frank Spano, Jay Heidrick, and Joshua Rayes of Polsinelli PC (LLP in California) in the above-entitled action. Consent of both withdrawing and substituting attorneys is indicated below along with the signature of the respective clients.

Polsinelli PC hereby consents to the substitution of Turturro Law, P.C. as attorneys of record for Defendants/Counterclaimants Laura Lile, M.D., and Three Aminos, LLC.

90224375.1

Dated: June 27, 2023                                POLSINELLI PC

                                                    By: /s/ Frank T. Spano
                                                    Frank T. Spano
                                                    Attorneys for Defendants LAURA LILE, M.D. and
                                                    THREE AMINOS, LLC
                                                    600 Third Avenue, 42nd Floor
                                                    New York, NY 10016
                                                    212.413.2848
                                                    Fax No. (212) 684-0197
                                                    fspano@polsinelli.com

                                                    Jay E. Heidrick
                                                    (*pro hac vice* application forthcoming)
                                                    POLSINELLI PC
                                                    900 W. 48th Place, Suite 900
                                                    Kansas City, MO 64112
                                                    816.572.4765
                                                    jheidrick@polsinelli.com

                                                    Joshua L. Rayes
                                                    (*pro hac vice* application forthcoming)
                                                    POLSINELLI LLP
                                                    Three Embarcadero Center, Suite 2400
                                                    San Francisco, CA 94111
                                                    415.248.2141
                                                    jrayes@polsinelli.com

Turturro Law, P.C. hereby consents to its substitution as attorneys of record for Defendants/Counterclaimants Laura Lile, M.D., and Three Aminos, LLC in the place and stead of Polsinelli PC.

Dated: June 28, 2023                                **TURTURRO LAW, P.C.**

                                                    By: /s/ Natraj S. Bhushan

Defendants/Counterclaimants Laura Lile, M.D., and Three Aminos, LLC hereby consent to the substitution of Turturro Law, P.C. as its counsel in place and stead of Polsinelli PC.

2

90224375.1

Case 7:22-cv-07242-KMK   Document 53   Filed 06/28/23   Page 3 of 4

Dated: June 28, 2023          LAURA LILE, M.D.

By: /s/ Laura Lile

Dated: June 28, 2023          THREE AMINOS, LLC

By: /s/ Laura Lile

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED:      9/6/23

90224375.1